# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      **CASE NO. 6:19-cr-10138-JWB**

**JEREMY BALLEW, and**
**DANIELLE MONSERRATE,**

      **Defendants.**

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**18 U.S.C. § 2118(b)**
**(Burglary Involving Controlled Substances)**

On or about October 29, 2017, in the District of Kansas, the defendants,

**JEREMY BALLEW, and**
**DANIELLE MONSERRATE,**

knowingly, willfully and without authority, entered and remained in the business premises known as Sigler Pharmacy at 4525 W. 6th Street in Lawrence, Kansas, a business then registered with the Drug Enforcement Administration under section 302 of the Controlled

Substances Act (21 U.S.C. § 822), with the intent to steal any material and compound containing any quantity of a controlled substance, in violation of Title 18, United States Code, Sections 2118(b) and 2.

## Count Two

### 18 U.S.C. § 2118(b)
### (Burglary Involving Controlled Substances)

On or about October 29, 2017, in the District of Kansas, the defendants,

**JEREMY BALLEW, and
DANIELLE MONSERRATE,**

Knowingly, willfully and without authority, entered and remained in the business premises known as Dandurand Pharmacy at 800 Carriage Parkway in Wichita, Kansas, a business then registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. § 822), with the intent to steal any material and compound containing any quantity of a controlled substance, in violation of Title 18, United States Code, Sections 2118(b) and 2.

**A TRUE BILL**

October 9, 2019                             s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**